


**Darrell Marcev, Jr.**

**VS 202015609 Division D**

**Movie Tavern Theatres LLC, et al**

**22nd Judicial District Court**

**Parish of St. Tammany**

**State of Louisiana**

**TO THE DEFENDANT: Marcus Theatres Corporation through its registered agent for service of process Corporation Service Company, 501 Louisiana Ave., Baton Rouge, La. 70802**

**You are hereby summoned to comply** with the demand contained in the petition of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing an answer or other pleading, before the 22nd Judicial District Court, at the Justice Center, 701 N. Columbia Street, Covington, LA, in and for the Parish of St. Tammany, State of Louisiana, within **FIFTEEN (15)** days after the service hereof, under penalty of default judgment against you.

By order of the Honorable Judges of said Court this 30th day of December, 2020

Melissa R. Henry Clerk of Court

S/TAMMYE THOMAS

BY: ______________________

Tammye Thomas, Deputy Clerk

Issued: 01/09/21

**Counsel or Pro Se:**
Trey Morris
Attorney at Law
509 Milam Street
Shreveport, La. 71101

Received on ____________, 2021, and on ______________, 2021 I served a true copy of the within ______________________________________,

on ______________________________________ in person,

at domicile with ______________________________________,

in ____________________ Parish, a distance of _____ miles from the Justice Center.

______________________

Deputy Sheriff

Parish of ______________________

101 - 15 day regular Citation
Rev 7/16



22nd JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. TAMMANY
STATE OF LOUISIANA

SUIT NO: 2020-15609 DIVISION: D

DARRELL MARCEV JR.

VERSUS

MOVIE TAVERN THEATRES, LLC, MARCUS THEATRES CORPORATION, VSS-SOUTHERN THEATRES, AND ZURICH AMERICAN INSURANCE COMPANY

FILED: ______________________ ______________________
Deputy Clerk

**PETITION FOR DAMAGES**

**NOW INTO COURT**, through undersigned counsel, comes Darrell Marcev Jr. (hereinafter referred to as "Marcev", a person of the full age of majority and a resident of St. Tammany Parish, State of Louisiana, who with respect avers as follows:

I.

Made defendants herein are:

A. Movie Tavern Theatres, LLC, a domestic limited liability company, authorized to do and doing business in the Parish of St. Tammany, State of Louisiana (hereinafter referred to as "Movie Tavern");

B. VSS-Southern Theatres, LLC, a domestic limited liability company, authorized to do and doing business in the Parish of St. Tammany, State of Louisiana (hereinafter referred to as "VSS-Southern");

C. Marcus Theatre Corporation, a foreign corporation authorized to do business and doing business in the Parish of St. Tammany, State of Louisiana (hereinafter referred to as "Marcus Theatres"); and

D. Zurich American Insurance Company, a foreign insurance company, licensed to do and doing business in Louisiana and the liability insurance carrier of the other named defendants (hereinafter referred to as "Zurich")

II.

The above-named defendants are liable to the Plaintiff, individually, jointly, severally and *in solido*, for the full amount of damages suffered by plaintiff, Darrell Marcev Jr., and are justly and truly indebted unto, for an amount reasonable under the circumstances, together with costs of these proceedings and interest from the date of the judicial demand for the following reasons to-wit:

III.

On or about January 3, 2020, Mr. Marcev and his wife attended a movie at "Movie Tavern" located at 201 North Highway 190, Covington, Louisiana where he injured as a result of a fall which occurred on the premises.

IV.

VSS-Southern and/or Marcus Theatres Corporation was at all relevant times herein, the owner and/or manager of the "Movie Tavern" movie theater located at 201 North Highway 190, Covington, Louisiana 70433, including the business, building, and improvements at that location. At all times pertinent hereto, the Movie Tavern was operated as a movie theater open to the public.

Submitted Date: 12/30/2020 1:58 PM File Date: 12/30/2020 1:58 PM Case Number: 2020-15609 St. Tammany Parish, LA Deputy Clerk: Courtney Hebert



V.

On January 3, 2020, Marcev and his wife were patrons of the Movie Tavern, attending a showing of Star Wars at approximately 12:00. Prior to taking his seat, Mr. Marcev left the concession area to use restroom. Upon exiting the restroom, as Mr. Marcev was returning to the concession area, his foot encountered a wet, slick surface causing his foot to shoot out from underneath him resulting in him falling hard on his knee, injuring his knee and back. Subsequently, an employee notified Mr. Marcev that he had just mopped the area and had not placed a wet floor sign.

VI.

At all material times, defendant, Zurich American Insurance Company, had in full force and effect a policy of insurance issued to the "Movie Tavern", "VSS-Southern Theatres" and/or "Marcus Theatres Corporation". Accordingly, Zurich is responsible to petitioner for the losses and damages sustained by him, as provided by law.

VII.

Petitioner itemizes his damages as follows:

(a) Past, present and future physical pain and suffering;

(b) Past, present and future mental anguish, anxiety and emotional disturbance;

(c) Medical expenses, past, present, and future; and

(d) Past, present and future loss of enjoyment of life.

VIII.

**STANDARDS OF CARE**

Every act whatever of man that causes damage to another obliges him by whose fault it happened to repair it. (La. Civil Code Article 2315)

IX.

A theater owner/operator is not allowed to needlessly endanger its guests.

X.

Theater owners/operators owe a duty to their guests to keep the restaurant premises in a reasonably safe condition. (La. R.S. 9:2800.6, La. Civil Code Articles 2315, 2317, 2317.1)

XI.

A theater owner/operator owes a duty to persons who use their premises to exercise reasonable care to keep its premises reasonably safe condition, including a duty to keep the premises free of any hazardous conditions which reasonably might give rise to damage. (La. R.S. 9:2800.6)

XII.

If a customer slips and falls on their premises, a theater operator /owner is liable for any damages that customer incurs if (1) the condition causing the customer to fall presented an unreasonable risk of harm to the customer and was reasonably foreseeable by the theater owner/operator; (2) the theater owner/operator either created or had actual or constructive notice of the condition prior to the occurrence; and (3) if the theater owner/operator failed to exercise reasonable care in preventing the harm.

Submitted Date: 12/30/2020 1:58 PM File Date: 12/30/2020 1:58 PM Case Number: 2020-15609 St. Tammany Parish, LA Deputy Clerk: Courtney Hebert



## LIABILITY OF MOVIE TAVERN AND SOUTHERN THEATRES

XIII.

On information and belief, at all times pertinent hereto, VSS-Southern Theatres, LLC and/or Marcus Theatres Corporation was the owners and operators of the Movie Tavern Theatres, LLC.

XIV.

At the time of the Plaintiff's fall, the Movie Tavern Theatres, LLC, Marcus Theatres Corporation and VSS-Southern Theatres and/or their employees, owed a duty to the Plaintiff to exercise reasonable care to keep the entrance/exit area of the Movie Tavern Theater in a reasonably safe condition, including a duty to keep the premises free of any hazardous conditions which reasonably might give rise to damage.

XV.

The hazardous condition of the wet floor upon which the Plaintiff slipped presented an unreasonable risk of harm to the Plaintiff, which was reasonably foreseeable to defendants and/or their employees.

XVI.

At all times pertinent hereto, the Movie Tavern, Marcus Theatres Corporation and VSS-Southern Theatres and/or their employees had actual and/or constructive notice of the unreasonable risk of harm posed by the hazardous and dangerous condition.

XVII.

At all times pertinent hereto, the Movie Tavern, Marcus Theatres Corporation and VSS-Southern Theatres and/or their employees failed to exercise reasonable care in guarding against the risk presented by the hazardous and dangerous condition.

XVIII.

In addition to the foregoing and ss a result of the hereinabove described incident, Marcev suffered painful personal injuries and incurred medical expenses. The incident and resulting damages suffered by petitioner were caused by the fault and negligence of the Movie Tavern, Marcus Theatres Corporation and VSS-Southern Theatres and/or their employees, in the following but non-exclusive particulars and respects:

1. By failing to provide the Plaintiff with safe access within Movie Tavern;
2. By failing to ensure that the Movie Tavern's common areas and floors were safe and free from defects;
3. By failing to exercise reasonable care to eliminate the unreasonable risk of harm posed by the wet hazardous conditions;
4. By failing to warn the Plaintiff of the hazardous condition existing at the Movie Tavern; and
5. By failing to train its employees in the prevention and detection of the hazardous condition of the Movie Tavern's hazardous and dangerous condition; and any other fault which may be proven at trial.

Submitted Date: 12/30/2020 1:58 PM File Date: 12/30/2020 1:58 PM Case Number: 2020-15609 St. Tammany Parish, LA Deputy Clerk: Courtney Hebert



**LIABILITY OF ZURICH AMERICAN INSURANCE COMPANY**

XIX.

At all times pertinent hereto, a liability insurance policy existed issued to defendants, the Movie Tavern Theatres, LLC, Marcus Theatres Corporation and VSS-Southern Theatres by Zurich (hereinafter "the Zurich Policy"), which included general liability insurance coverage for the premises upon which the Plaintiff was injured on January 3, 2020.

XX.

In the alternative, at all times pertinent hereto, there existed a policy of liability insurance issued by Zurich, (hereinafter referred to as "the Zurich Policy"), which included general liability insurance coverage for the premises upon which the Plaintiff was injured on January 3, 2020.

XXI.

As a result of the Plaintiff's fall on January 3, 2020, Zurich established claim number 000696-203177-GB-01.

XXII.

As a result of the foregoing, Zurich is liable jointly, severally, and *in solido*, together with defendants, Movie Tavern Theatres, LLC, Marcus Theatres Corporation and VSS-Southern Theatres for the acts and/or omissions of defendants, and their employees, as set forth above.

XXIII.

Petitioner avers that he has made amicable demand without avail. As required by Louisiana Code of Civil Procedure Article 893, the claim for relief is for damages that are reasonable under the circumstances.

**WHEREFORE**, plaintiff prays that after due proceedings be had, there be judgment herein in favor petitioner, Darrell Marcev Jr., and against defendants Movie Tavern Theatres, LLC, Marcus Theatres Corporation, VSS-Southern Theatres and Zurich American Insurance Company, jointly, severally and *in solido*, for the full amount of plaintiff's damages, together with legal interest from date of judicial demand until paid and all costs of these proceedings (including expert fees), and for all general and equitable relief.

RESPECTFULLY SUBMITTED:
MORRIS & DEWETT, LLC

/s/ Trey Morris
Trey Morris (La. Bar No. 28162)
509 Milam Street
Shreveport, Louisiana 71101
Telephone: 318-221-1507
Facsimile: 318-221-4560
Attorney for Plaintiff

TRAINOR LAW FIRM, LLC

Brian F. Trainor
Brian F. Trainor (La. Bar. No. 28248)
1974 N. Highway 190, Suite 3
Covington, Louisiana 70433
Telephone: 985-900-2250
Facsimile: 985-867-1615
Attorney for Plaintiff

**SERVICE INSTRUCTIONS ON THE NEXT PAGE**

Tammye Thomas, Deputy Clerk

Submitted Date: 12/30/2020 1:58 PM File Date: 12/30/2020 1:58 PM Case Number: 2020-15609 St. Tammany Parish, LA Deputy Clerk: Courtney Hebert

**PLEASE SERVE:**
Movie Tavern Theatres, LLC
Through their registered agent:
CT Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

VSS-Southern Theatres LLC
Through their registered agent:
CT Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

Marcus Theatres Corporation
through its registered agent for service of process
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, Louisiana 70802

Zurich American Insurance Company
through the Secretary of State,
Baton Rouge, Louisiana

Submitted Date: 12/30/2020 1:58 PM File Date: 12/30/2020 1:58 PM Case Number: 202015609 St. Tammany Parish, LA Deputy Clerk: Courtney Hebert






Melissa R. Henry
**CLERK OF COURT**
**22nd Judicial District Court**
**Parish of St. Tammany**

March 15, 2021

Wade A Langlois, III
Attorney at Law
401 Whitney Ave- te 500
Gretna La 70056

Re: Darrell Marcev, Jr
vs. 2020-15609 Division D
Movie Tavern Theatres LLC

Dear Counsel or Self Represented Litigant:

This office has recently received a request for notice filed by your office. Please be advised that the duties of the Clerk of Court regarding a request for notice are set forth in Louisiana Code of Civil Procedure Articles 1571, 1572, 1913, 1914 and 2596 and local rule 9:14.

Under the foregoing articles, this office is required to provide you with a notice of trial, a notice of setting of a hearing in a summary proceeding, a notice of final judgment, including a partial final judgment, and notice of the rendition of an interlocutory order or judgment.

**Please be advised that these are the only notices that this office will provide.**

Sincerely,

Mary Lionnet
Deputy Clerk

22ND JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. TAMMANY

STATE OF LOUISIANA

NO. 2020-15609 DIVISION: D

DARRELL MARCEV, JR.

VERSUS

MOVIE TAVERN THEATRES, LLC, MARCUS THEATRES CORPORATION, VSS-SOUTHERN THEATRES, AND ZURICH AMERICAN INSURANCE COMPANY

FILED: ____________________ ____________________
DEPUTY CLERK

**ANSWER TO PETITION FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, come defendants, MARCUS THEATRES CORPORATION AND ZURICH AMERICAN INSURANCE COMPANY, and aver as follows:

1.

The allegations with regard to the status of the defendants are admitted. All other allegations of paragraph I of the Petition for Damages are denied.

2.

The allegations contained in Paragraph II of the Petition for Damages are denied.

3.

The allegations contained in Paragraph III of the Petition for Damages are denied.

4.

The allegations contained in Paragraph IV of the Petition for Damages are denied.

5.

The allegations contained in Paragraph V of the Petition for Damages are denied for lack of sufficient information to justify a belief therein.

6.

The allegations contained in Paragraph VI of the Petition for Damages are denied except to admit that a policy was issued by Zurich American Insurance Company which provides coverage to Marcus Theatres Corporation, but that policy is a written document and its terms, conditions, and limitations on coverage are pled herein in full.

Submitted Date: 3/4/2021 11:45 AM File Date: 3/4/2021 11:45 AM Case Number: 202015609 St. Tammany Parish, LA Deputy Clerk: Megan Hanchett



7.

The allegations contained in Paragraph VII of the Petition for Damages are denied.

8.

The allegations contained in Paragraph VIII of the Petition for Damages require no answer of these defendants and state a legal conclusion.

9.

The allegations contained in Paragraph IX of the Petition for Damages require no answer of these defendants and state a legal conclusion.

10.

The allegations contained in Paragraph X of the Petition for Damages require no answer of these defendants and state a legal conclusion.

11.

The allegations contained in Paragraph XI of the Petition for Damages require no answer of these defendants and state a legal conclusion.

12.

The allegations contained in Paragraph XII of the Petition for Damages require no answer of these defendants and state a legal conclusion.

13.

The allegations contained in Paragraph XIII of the Petition for Damages are denied.

14.

The allegations contained in Paragraph XIV of the Petition for Damages are denied.

15.

The allegations contained in Paragraph XV of the Petition for Damages are denied.

16.

The allegations contained in Paragraph XVI of the Petition for Damages are denied.

17.

The allegations contained in Paragraph XVII of the Petition for Damages are denied.

18.

The allegations contained in Paragraph XVIII of the Petition for Damages are denied.







Submitted Date: 3/4/2021 11:45 AM File Date: 3/4/2021 11:45 AM Case Number: 202015609 St. Tammany Parish, LA Deputy Clerk: Megan Hanchett

19.

The allegations contained in Paragraph XIX of the Petition for Damages are denied except to admit that a policy was issued by Zurich American Insurance Company which provides coverage to Marcus Theatres Corporation, but that policy is a written document and its terms, conditions, and limitations on coverage are pled herein in full.

20.

The allegations contained in Paragraph XX of the Petition for Damages are denied except to admit that a policy was issued by Zurich American Insurance Company which provides coverage to Marcus Theatres Corporation, but that policy is a written document and its terms, conditions, and limitations on coverage are pled herein in full.

21.

The allegations of Paragraph XXI are admitted.

22.

The allegations contained in Paragraph XXII of the Petition for Damages are denied.

23.

The allegations contained in Paragraph XXIII of the Petition for Damages are denied.

AND NOW, for further answer to the Petition for Damages, defendants aver:

24.

Defendants affirmatively aver that the accident at issue was caused by the plaintiff's own negligence, inattention, and want of care and caution which amounts to victim fault, comparative fault, and/or assumption of the risk and which is a complete bar to or in diminution of any recovery against these defendants that the plaintiff may otherwise be entitled to.

25.

Alternatively, the defendants affirmatively aver that the incident at issue was caused solely by the fault of a third party or other parties for which defendants were not and are not responsible, and defendants affirmatively plead this as a complete bar to and/or in diminution of any recovery by the plaintiff herein.

Submitted Date: 3/4/2021 11:45 AM File Date: 3/4/2021 11:45 AM Case Number: 202015609 St. Tammany Parish, LA Deputy Clerk: Megan Hanchett





26.

In the further alternative, defendants affirmatively aver that the injuries and resulting disability alleged by plaintiff existed prior to the alleged accident and that, as such, defendants are no liable for such injuries and disabilities and/or any resulting damages.

27.

In the further alternative, and only in the event that it should be found that these preexisting injuries were aggravated by the alleged accident, defendants affirmatively aver that they are entitled to the limitation of any damages claimed against them to those resulting from the aggravation alone and not from the preexisting injuries.

28.

Alternatively, plaintiff has failed to mitigate his damages.

29.

Defendants further aver that the condition at issue was open and obvious.

30.

Defendants plead all defenses and immunities under the Louisiana Merchant's Statute, La. R.S. 9:2800.6.

31.

Defendants demand a jury trial on all issues.

WHEREFORE, Defendants, MARCUS THEATRES CORPORATION AND ZURICH AMERICAN INSURANCE COMPANY, pray that this Answer be deemed good and sufficient, and that after being hear and all due proceedings had, all claims against the defendants by the plaintiff, Darrell Marcev, Jr., be dismissed, with prejudice, and at his costs. Defendants further pray all other general and equitable relief to which they may be entitled and for a trial by jury.

Submitted Date: 3/4/2021 11:45 AM File Date: 3/4/2021 11:45 AM Case Number: 202015609 St. Tammany Parish, LA Deputy Clerk: Megan Hanchett

Respectfully submitted:

**GAUDRY, RANSON, HIGGINS & GREMILLION, LLC**

WADE A. LANGLOIS, III (#17681)
GINO R. FORTE (#29190)
401 Whitney Ave., Suite 500
Gretna, LA 70056
Telephone: (504) 362-2466
Fax: (504) 362-5938
Email: wlanglois@grhg.net
gforte@grhg.net
*Counsel for Defendants, Marcus Theatres Corporation and Zurich American Insurance Company*

CERTIFICATE OF SERVICE

I, Wade A. Langlois, III, certify that I have this day electronically served a true and correct copy of the foregoing to:

Fax: (985) 867-1615
Email: brian@trainorlawfirm.com
Brian F. Trainor
TRAINOR LAW FIRM, LLC
1974 N. Highway 190, Suite 3
Covington, LA 70433

Fax: (318) 221-4560
Email: btmorris@shreveportlaw.net
Brandon Trey Morris
MORRIS & DEWETT, LLC
509 Milam Street
Shreveport, LA 71101

This 4 day of March, 2021.

WADE A. LANGLOIS, III

G:\0262\2610\Pleadings\Answer.docx

Submitted Date: 3/4/2021 11:45 AM File Date: 3/4/2021 11:45 AM Case Number: 202015609 St. Tammany Parish, LA Deputy Clerk: Megan Hanchett





22ND JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. TAMMANY

STATE OF LOUISIANA

NO. 2020-15609 DIVISION: D

DARRELL MARCEV, JR.

VERSUS

MOVIE TAVERN THEATRES, LLC, MARCUS THEATRES CORPORATION, VSS-SOUTHERN THEATRES, AND ZURICH AMERICAN INSURANCE COMPANY

FILED: ____________________

____________________
DEPUTY CLERK

**REQUEST FOR NOTICE**

NOW INTO COURT, through undersigned counsel, come defendants, MARCUS THEATRES CORPORATION and ZURICH AMERICAN INSURANCE COMPANY, who pursuant to Louisiana Code of Civil Procedure article 1572, move this Honorable Court for written notice ten (10) days in advance of the date fixed for trial or hearing in the above-captioned proceedings, and pursuant to Louisiana Code of Civil Procedure articles 1913 and 1914 request immediate notice of all interlocutory and final orders and judgments.

Respectfully submitted:

**GAUDRY, RANSON, HIGGINS & GREMILLION, LLC**

____________________
WADE A. LANGLOIS, III (#17681)
GINO R. FORTE (#29190)
401 Whitney Ave., Suite 500
Gretna, LA 70056
Telephone: (504) 362-2466
Fax: (504) 362-5938
Email: wlanglois@grhg.net
gforte@grhg.net
*Counsel for Defendants,*
*Marcus Theatres Corporation and Zurich American Insurance Company*

Submitted Date: 3/4/2021 11:45 AM File Date: 3/4/2021 11:45 AM Case Number: 202015609 St. Tammany Parish, LA Deputy Clerk: Megan Hanchett



**CERTIFICATE OF SERVICE**

I, Wade A. Langlois, III, certify that I have this day electronically served a true and correct copy of the foregoing to:

Fax: (985) 867-1615
Email: brian@trainorlawfirm.com
Brian F. Trainor
TRAINOR LAW FIRM, LLC
1974 N. Highway 190, Suite 3
Covington, LA 70433

Fax: (318) 221-4560
Email: btmorris@shreveportlaw.net
Brandon Trey Morris
MORRIS & DEWETT, LLC
509 Milam Street
Shreveport, LA 71101

This 4 day of March, 2021.

WADE A. LANGLOIS, III

G:\0262\2610\Pleadings\Request for Notice.docx

Submitted Date: 3/4/2021 11:45 AM File Date: 3/4/2021 11:45 AM Case Number: 202015609 St. Tammany Parish, LA Deputy Clerk: Megan Hanchett

22ND JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. TAMMANY

STATE OF LOUISIANA

NO. 2020-15609 DIVISION: D

DARRELL MARCEV, JR.

VERSUS

MOVIE TAVERN THEATRES, LLC, MARCUS THEATRES CORPORATION, VSS-SOUTHERN THEATRES, AND ZURICH AMERICAN INSURANCE COMPANY

FILED: ____________________ ____________________ DEPUTY CLERK

**JURY ORDER**

In accordance with C.C.P. Art. 1734.1, in lieu of the bond required in C.C.P. Art. 1734, the mover for the jury trial shall deposit $2,000.00 cash for the first day and $400.00 cash for each additional day the trial is estimated to last. The cash deposit shall be filed with the clerk of court no later than thirty (30) days prior to trial. The attorney for the mover shall present the receipt for the deposit to the Court prior to commencement of trial. If the deposit is not timely made, any other party shall have an additional ten (10) days to make the required deposit. Failure to post the cash deposit shall constitute a waiver of trial and the trial by jury.

Covington, Louisiana, this 9 day of March, 2021.

THE AMOUNT AND TIME FOR FILING JURY COST BOND WILL BE FIXED WHEN THE CASE IS SET FOR TRIAL

____________________
JUDGE

G:\0262\2610\Pleadings\Jury Order.docx

Submitted Date: 3/4/2021 11:45 AM File Date: 3/4/2021 11:45 AM Case Number: 202015609 St. Tammany Parish, LA Deputy Clerk: Megan Hanchett

A TRUE COPY
DY. CLK., 22nd JUD. DIST. COURT
ST. TAMMANY PARISH, LA
Mary Lionnet, Deputy Clerk

